# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **Case No.** |
| ) | |
| **REGINALD DAVIDSON**  ) | |

## I N F O R M A T I O N

### COUNT ONE
*Delay or Destruction of Mail*
**[18 U.S.C. § 1703(b)]**

The United States Attorney charges that:

On or about the 16th day of August 2024, in Walker County, within the Northern District of Alabama, the Defendant,

**REGINALD DAVIDSON**,

being postal officer and employee, improperly detained, delayed, and destroyed any newspaper and mail that was not directed to the office where he was employed, in violation of Title 18, United States Code, Section 1703(b).

 

PRIM F. ESCALONA
United States Attorney

*/s/ electronic signature*
DANIEL S. MCBRAYER
Assistant United States Attorney